**Entered on Docket
May 14, 2010**

*Bruce A. Markell*
_____
**Hon. Bruce A. Markell
United States Bankruptcy Judge**

RICK A YARNALL
Chapter 13 Bankruptcy Trustee
Marianne Gatti, Esq.
Nevada Bar No. 007717
701 Bridger Ave., Ste 820
Las Vegas, NV 89101
(702) 853-4500
RAY13mail@lasvegas13.com

Electronically Filed on  5-13-10

## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| In re: | BK-S-09-33453-BAM<br>Chapter 13 |
| JOSE SALAZAR, JR.,<br>                          Debtor(s). | **ORDER GRANTING TRUSTEE'S MOTION TO DISMISS CHAPTER 13 CASW WITH PREJUDICE PURSUANT TO 11 U.S.C. §109(g)**<br><br>Hearing Date: April 29, 2010<br>Hearing Time: 2:30 P.M. |

Trustee's Motion to Dismiss Chapter 13 Case With Prejudice Pursuant to 11 U.S.C. §109(g) having come on for hearing in the above-entitled Court on April 29, 2010, at 2:30 p.m., with Marianne Gatti, Esq. appearing on behalf of Rick A. Yarnall, other appearances as noted on record, argument having been heard, and based upon the papers and pleadings on file herein, and good cause appearing:

...

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Trustee's Motion to Dismiss Chapter 13 Case With Prejudice Pursuant to 11 U.S.C. §109(g) is hereby GRANTED.

IT IS SO ORDERED.

Submitted by:

_____                    Date: ___5-12-10_____

Marianne Gatti, Esq.
Attorney for Rick A. Yarnall,
Chapter 13 Bankruptcy Trustee

Approved

*No Opposition or Appearance Made*            Date: _____

Haines & Krieger, L.L.C.
Counsel for Debtor(s)

In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

___ The court has waived the requirement of approval under LR 9021.

_X_ This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below[list each party and whether the party has approved, disapproved, or failed to respond to the document]:

___ This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

___ I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objections.

Haines & Krieger, L.L.C.     approved____     disapproved____     failed to respond ____

###